IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA F. COHEN, on behalf of the United States of America,<br><br>          Plaintiff/Relator,<br>   v.<br><br>LISA TRESCA, MICHAEL QUIROGA, and DOES 1-100, inclusive,<br><br>          Defendants.       / | No. C 12-02301 SI<br><br>**ORDER DISMISSING CASE FOR FAILURE TO SERVE** |

On August 13, 2012, the Court issued an ORDER TO SHOW CAUSE requiring plaintiff to show cause in writing filed with the Court no later than August 20, 2012, why she failed to appear at the Court's August 10, 2012 Case Management Conference and whether she intended to continue with this action. Plaintiff was cautioned that if she did not appear and/or did not comply with Court orders, this case would be dismissed for failure to prosecute. Additionally, plaintiff was ordered to serve defendants no later than September 5, 2012. This Court cautioned that, if plaintiff failed to do so, this action would be dismissed without prejudice in accordance with Rule 4(m). Docket No. 4.

On September 5, 2012, plaintiff filed a First Amended Qui Tam Complaint. However, plaintiff did not comply with or respond in any way to the ORDER TO SHOW CAUSE, and there is no evidence that plaintiff has served defendants, in accordance with Federal Rule of Civil Procedure 4(m), or otherwise complied with the Court's order re service.

As such, the Court hereby DISMISSES this case without prejudice for failure to respond to the ORDER TO SHOW CAUSE and for failure to timely serve under Rule 4(m).

**IT IS SO ORDERED.**

Dated: September 7, 2012

_____
SUSAN ILLSTON
United States District Judge