United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULA F. COHEN, on behalf of the United
States of America,

            Plaintiff/Relator,

  v.

LISA TRESCA, MICHAEL QUIROGA, and
DOES 1-100, inclusive,

            Defendants.

_____/

No. C 12-02301 SI

**JUDGMENT**

      This action is dismissed without prejudice for failure to serve.  Judgment is hereby entered accordingly.

      **IT IS SO ORDERED.**

Dated: September 7, 2012

_____
SUSAN ILLSTON
United States District Judge